1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  ASIM M. BHANSALI - #194925
   JOHN E. TRINIDAD - #250468
3  SHARIF E. JACOB - #257546
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188
   Email:  jkeker@kvn.com
6  Email:  abhansali@kvn.com
   Email:  jtrinidad@kvn.com
7  Email:  sjacob@kvn.com

8  [*Counsel continued on next page*]

9  Attorneys for Plaintiffs

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15 SERVICE EMPLOYEES INTERNATIONAL    Case No. 09-CV-0404 WHA
   UNION; DAVID REGAN and ELISEO
16 MEDINA, as trustees for SEIU UNITED  **NOTICE OF SUBSTITUTION OF**
   HEALTHCARE WORKERS-WEST and       **COUNSEL AND [PROPOSED] ORDER**
17 fiduciaries of the SEIU UNITED
   HEALTHCARE WORKERS-WEST AND
18 JOINT EMPLOYER EDUCATION FUND;
   SEIU UNITED HEALTHCARE WORKERS-
19 WEST, an unincorporated association and
   fiduciary of the SEIU UNITED
20 HEALTHCARE WORKERS-WEST AND
   JOINT EMPLOYER EDUCATION FUND;
21 and REBECCA COLLINS, as a participant in
   the SEIU UNITED HEALTHCARE
22 WORKERS-WEST AND JOINT
   EMPLOYER EDUCATION FUND,
23
                    Plaintiffs,
24
       v.
25
   SAL ROSSELLI; JORGE RODRIGUEZ;
26 JOAN EMSLIE; JOHN BORSOS; JOHN
   VELLARDITA; GABE KRISTAL; PAUL
27 KUMAR; MARTHA FIGUEROA;
   BARBARA LEWIS; PHYLLIS WILLETT;
28 DANIEL MARTIN; LAURA KURRE;
   RALPH CORNEJO; WILL CLAYTON;

| | |
|---|---|
| 1 | GLENN GOLDSTEIN; FRED SEAVEY; MARK KIPFER; AARON BRICKMAN; IAN |
| 2 | SELDEN; GAIL BUHLER; FREJA NELSON; ANDREW REID; NATIONAL |
| 3 | UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS; CONNIE WILSON; |
| 4 | ARLENE PEASNAL; CHERIE KUNOLD; FAYE LINCOLN; and DOES 1 through 100, |
| 5 | inclusive, |
| 6 | Defendants. |

[*Continuation of counsel*]

ALTSHULER BERZON LLP
STEPHEN P. BERZON - #46540
PETER D. NUSSBAUM - #49682
JEFFREY B. DEMAIN - #126715
JONATHAN WEISSGLASS - #185008
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altshulerberzon.com
Email: pnussbaum@altshulerberzon.com
Email: jdemain@altshulerberzon.com
Email: jweissglass@altshulerberzon.com

BREDHOFF & KAISER, PLLC
ROBERT M. WEINBERG (pro hac vice app. pending)
JEFFREY R. FREUND - #47846
LEON DAYAN (pro hac vice app. pending)
DOUGLAS CALLAHAN (pro hac vice app. forthcoming)
805 Fifteenth Street, NW, Tenth Floor
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
Email: rweinberg@bredhoff.com
Email: jfreund@bredhoff.com
Email: ldayan@bredhoff.com
Email: dcallahan@bredhoff.com

ROTHNER, SEGALL & GREENSTONE
GLENN ROTHNER - #67353
510 South Marengo Avenue
Pasadena, CA 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
Email: grothner@rsglabor.com

SUBSTITUTION OF COUNSEL
CASE NO. 09-CV-0404 WHA

1  PLEASE TAKE NOTICE that Plaintiffs SERVICE EMPLOYEES INTERNATIONAL
2  UNION; DAVID REGAN; and ELISEO MEDINA hereby substitute Altshuler Berzon LLP, 177
3  Post Street, Suite 300, San Francisco, CA 94108, Telephone: (415) 421-7151 as their attorney of
4  record in place of Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111,
5  Telephone: (415) 391-5400.

7  I, the undersigned, consent to the above substitution.
8  Dated: March 6, 2009                KEKER & VAN NEST LLP

10 By: _____
   ASIM M. BHANSALI
11 Attorneys for Plaintiffs
   SERVICE EMPLOYEES
12 INTERNATIONAL UNION et al.

14 I, the undersigned, consent to the above substitution.

16 Dated: March 5, 2009

17 By: _____
   JUDITH A. SCOTT
18 on behalf of SERVICE EMPLOYEES
   INTERNATIONAL UNION

20 Dated: March 4, 2009

22 By: _____
   DAVID REGAN
   as trustee for SEIU UNITED
23 HEALTHCARE WORKERS-WEST

Dated: March 4, 2009

By: /s/ Eliseo Medina
ELISEO MEDINA,
as trustee for SEIU UNITED
HEALTHCARE WORKERS-WEST

I, the undersigned, accept the above substitution.

Dated: March 5, 2009      ALTSHULER BERZON LLP

By: /s/ Peter Nussbaum
PETER D. NUSSBAUM
Attorneys for Plaintiffs
SERVICE EMPLOYEES
INTERNATIONAL UNION et al.

**IT IS SO ORDERED.**

Dated: March 9, 2009

By: _____
HON. WILLIAM H. ALSUP
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge William Alsup*

---

2
SUBSTITUTION OF COUNSEL
CASE NO. 09-CV-0404 WHA