Reset Form

**RECEIVED**

MAR 24 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Service Employees International Union, et al.

Plaintiff(s),

v.

Sal Rosselli, et al.

Defendant(s).

CASE NO. 09-CV-404 WHA

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Douglas Callahan , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Bredhoff & Kaiser PLLC
805 Fifteenth Street, NW, Suite 1000
Washington, DC 20005

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 26, 2009

IT IS SO ORDERED
Judge William Alsup

Hon. William H. Alsup
United States District Judge