IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON APPLICATION FOR TRO**

Plaintiffs have filed an *ex parte* application for a temporary restraining order and order to show cause regarding a preliminary injunction. A **HEARING** on the application is hereby scheduled for Wednesday, **APRIL 1, 2009, AT 9:00 A.M.**, in Courtroom 9 on the 19th floor of the federal courthouse, 450 Golden Gate Avenue, San Francisco. Defendants or their counsel are ordered to appear at that time if they intend to oppose entry of the requested TRO. Plaintiffs are ordered to **SERVE** the summons, complaint and application for temporary restraining order and order to show cause re: preliminary injunction, along with all supporting papers, and a copy of this order on all defendants by **5:00 P.M. TODAY**. The application will be briefed on the following schedule. Defendants may submit a brief in opposition to the application by Monday, **MARCH 30, 2009, AT 5:00 P.M**. Plaintiffs may then submit a brief replying thereto, limited to ten double-spaced pages including all declarations and exhibits, by Tuesday, **MARCH 31, 2009, AT 5:00 P.M**.

Dated: March 27, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE