**United States District Court**
For the Northern District of California

1

2

3

4

5                   IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   SERVICE EMPLOYEES INTERNATIONAL UNION,
    DAVID REGAN and ELISEO MEDINA, as trustees for
10  SEIU UNITED HEALTHCARE WORKERS-WEST
    and fiduciaries of the SEIU UNITED HEALTHCARE
11  WORKERS-WEST AND JOINT EMPLOYER                          No. C 09-00404 WHA
    EDUCATION FUND, SEIU UNITED HEALTHCARE
12  WORKERS-WEST, an unincorporated association and
    fiduciary of the SEIU UNITED HEALTHCARE
13  WORKERS-WEST AND JOINT EMPLOYER
    EDUCATION FUND, and REBECCA COLLINS, as a
14  participant in the SEIU UNITED HEALTHCARE              **ORDER REGARDING**
    WORKERS-WEST AND JOINT EMPLOYER                       **FIRST REQUEST TO**
15  EDUCATION FUND,                                       **MODIFY THE TRO**

16            Plaintiffs,

17      v.

18  SAL ROSELLI, JORGE RODRIGUEZ, JOAN
    EMSLIE, JOHN BORSOS, JOHN VELLARDITA,
19  GABE KRISTAL, PAUL KUMAR, MARTHA
    FIGUEROA, BARBARA LEWIS, PHYLLIS
20  WILLETT, DANIEL MARTIN, LAURA KURRE,
    RALPH CORNEJO, WILL CLAYTON, GLENN
21  GOLDSTEIN, FRED SEAVEY, MARK KIPFER,
    AARON BRICKMAN, IAN SELDEN, GAIL
22  BUHLER, FREJA NELSON, ANDREW REID,
    NATIONAL UNION OF HEALTHCARE WORKERS;
23  MARYRUTH GROSS, CONNIE WILSON, ARLENE
    PEASNALL, CHERIE KUNOLD, FAYE LINCOLN,
24  and DOES 1 through 100, inclusive,

25            Defendants.
                                                    /
26

27       Subsequent to the Court's request for response dated April 14, the Court received

28  defendants' first request to modify the temporary restraining order.  With respect to the first

    request, devices that were acquired by defendants personally and were never owned by SEIU-

1   UHW may be returned to the owners after they are completely imaged by Attorney Siegel in the

2   manner set forth at page two, lines four through thirteen of plaintiffs' opposition to defendants'

3   first request to modify the temporary restraining order (Dkt. No. 116).  After such imaging,

4   Attorney Siegel may also return blackberries purchased by defendants from SEIU-UHW for

5   which there is specific written proof, as to the specific blackberry (such as an invoice), that

6   SEIU-UHW sold the device to the individual defendant.

7

8          **IT IS SO ORDERED.**

9

10   Dated:  April 16, 2009.

11                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2