IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., <br><br> Plaintiff, <br><br> v. <br><br> SAL ROSSELLI, et al., <br><br> Defendant. _____/ | No. C 09-0404 WHA (MEJ) <br><br> **ORDER RE: DEPOSITION VIDEOTAPES** |

The Court is in receipt of Plaintiffs' Request for Telephonic Discovery Conference, filed April 21, 2009. (Dkt. #151.) In their request, Plaintiffs seek a court order prohibiting the use of deposition videotapes for any purpose other than this proceeding. Before considering Plaintiffs' request, however, the Court hereby ORDERS the parties to meet and confer in person in compliance with the undersigned's discovery standing order. Pending resolution of this issue, the deposition videotapes shall not be used or distributed for any purpose.

**IT IS SO ORDERED.**

Dated: April 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge