IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al., <br><br> Plaintiff, <br><br> v. <br><br> SAL ROSSELLI, et al., <br><br> Defendant. | No. C 09-0404 WHA (MEJ) <br><br> **ORDER RE: DISCOVERY LETTERS** |

    The Court is in receipt of Plaintiffs' discovery letters, filed May 1, 2009, regarding certain discovery disputes and Defendants' failure to provide their portions of joint letters drafted by Plaintiffs. (Dkt. ## 177, 178.) As the letters do not comply with the undersigned's discovery standing order, they shall not be considered at this time. The Court hereby ORDERS Defendants to provide Plaintiffs with their portions of the joint letters by May 7, 2009, and the parties shall then file joint letters regarding these disputes. If Defendants fail to provide their portions of the letters by May 7, Plaintiffs shall inform the Court.

    **IT IS SO ORDERED.**

Dated: May 4, 2009

MARIA-ELENA JAMES  
United States Magistrate Judge