**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIU *et al.*, | No. C 09-00404 WHA (MEJ) |
|     Plaintiffs, | **ORDER SETTING DISCOVERY HEARING** |
|   v. | |
| SAL ROSSELLI *et al.*, | |
|     Defendants. | |

The Court has received and reviewed Defendants' Response to Discovery Order (Dkt. #209), and Plaintiffs' Reply to Defendants' Response to Discovery Order (Dkt. #210). The Court hereby sets this matter for hearing on Thursday, May 21, 2009, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 18, 2009

MARIA-ELENA JAMES
United States Magistrate Judge