IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEIU *et al.*,

        Plaintiffs,

 v.

SAL ROSSELLI *et al.*,

        Defendants.

No. C 09-00404 WHA (MEJ)

**ORDER DENYING REQUEST TO CONTINUE DISCOVERY HEARING**

On May 18, 2009, the Court scheduled a discovery hearing to take place on May 21, 2009. (Dkt. #211.) The Court is now in receipt of Defendants' May 18th letter in response to the Court's order, which requests a continuance of the hearing. (Dkt. #212.)

On April 24, 2009, the Court ordered the parties to comply with the undersigned's process for resolving discovery disputes. (Dkt. #160.) However, the parties have failed to comply, resulting in the filing of five letters and two briefs, and more importantly, substantially delaying the resolution of this matter. Because the parties' discovery dispute concerns actions that should have been completed over a month ago in accordance with the April 16th deadline set in the Temporary Restraining Order, and because the dispute concerns issues affecting the motions currently pending before Judge Alsup, the Court finds further delay unacceptable.

Accordingly, the Court **DENIES** Defendants' request to reschedule this hearing. The hearing therefore remains set for <u>Thursday, May 21, 2009</u>, at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 19, 2009

                        MARIA-ELENA JAMES
                        United States Magistrate Judge