United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 09-00404 WHA<br><br>**CASE MANAGEMENT ORDER** |

    Due to the excessive number of motions filed by both sides in this case, the Court enters the following case management order. No further motions may be filed before the district judge without prior clearance. The way to obtain prior clearance is to submit a five-page precis

explaining the proposed motion and the grounds therefor. This requirement does not apply to discovery motions before the magistrate judge, nor to motions filed prior to the entry of this order, nor to the preliminary injunction motion already set.

The previously filed motions will be heard on the following schedule. A hearing on the two pending motions to dismiss (Dkt. Nos. 161, 183) will be held **JUNE 4, 2009, AT 8:00 A.M**. A hearing on plaintiffs' motion for partial summary judgment and defendants' motion to stay (Dkt. Nos. 171, 184) will be held **JUNE 11, 2009, AT 8:00 A.M**. The briefing schedules for these motions remain unchanged.

The schedule leading up to the preliminary injunction hearing set forth in the April 8 order also remains unchanged and is summarized here for convenience. The opening brief shall be filed no later than **JUNE 1, 2009, AT NOON**. The opposition brief shall be filed no later than **JUNE 15, 2009, AT NOON**. The reply brief shall be filed no later than **JUNE 22, 2009, AT NOON**. A hearing on the preliminary injunction motion will be held **JULY 15, 2009, AT 8:00 A.M**. The page limitations and other briefing requirements set forth in the April 8 order remain unchanged.

**IT IS SO ORDERED.**

Dated: May 20, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2