IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEIU *et al.*,

        Plaintiffs,

  v.

SAL ROSSELLI *et al.*,

        Defendants.

No. C 09-0404 WHA (MEJ)

**ORDER FOR PARTIES TO COMPLY WITH DISCOVERY STANDING ORDER**

Although the Court has previously ordered the parties to comply with the undersigned's discovery standing order, the parties continue to disregard it. All discovery disputes, unless otherwise permitted by Court order, must be presented in the form of a joint letter, and that letter may only be filed after the parties have met and conferred in person. This includes, for example, disputes that arise regarding disputes that have already been presented to the Court, but one side decides it needs to present more information, such as the letters filed by the parties today. (Dkt. ## 216, 217.)

Given the excessive filings in this case (as noted by Judge Alsup in his May 20, 2009 Case Management Order), and the fact that this is not the only case pending before the Court, the parties must comply with the procedural rules. Accordingly, the Court shall not consider any filings by the parties that do not comply with the standing order. If a dispute arises and one party is unable to gain the other party's compliance with the standing order, that party shall follow the procedure detailed in ¶ 4 of the order. The parties should be aware that failure to agree to meet and confer in good faith may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 21, 2009

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge