United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive,

    Defendants.

No. C 09-00404 WHA

**ORDER REGARDING DEFENDANTS' REQUEST TO CONVERT MOTION AND RESCHEDULE HEARING**

    Defendants have filed a request that their motion to dismiss (Dkt. No. 161) be treated as a motion for summary judgment pursuant to Rule 12(d), and that it be heard in conjunction with plaintiffs' motion for partial summary judgment (Dkt. No. 171) because both motions concern

the second claim for relief. The request is **GRANTED**. The hearing on plaintiffs' motion for partial summary judgment is hereby rescheduled from June 11 to **JUNE 4, 2009**, so that the two motions may be heard together.

**IT IS SO ORDERED.**

Dated: May 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2