| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
| | Law Corporation |
| 2 | DIANE SIDD-CHAMPION (SBN 78140) |
| | RAPHAEL SHANNON (SBN 83850) |
| 3 | ANA P. PEREZ (SBN 253309) |
| | 595 Market Street, Suite 2200 |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 882-2992 |
| 5 | Facsimile: (415) 882-2999 |
| | E-mail: dsidd-champion@mjmlaw.us |
| 6 | |
| 7 | Attorneys for Defendants SAL ROSSELLI, JOHN BORSOS, LAURA KURRE, RALPH CORNEJO and WILL CLAYTON in their capacity as Trustees of the SEIU United Healthcare Workers-West and Joint Employer Education Fund, and MARY RUTH GROSS in her capacity as Executive Director of the SEIU United Healthcare Workers-West and Joint Employer Education Fund |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al. | ) ) ) | Case No. C 09-0404 WHA (MEJ) |
| Plaintiffs, | ) ) ) | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MARY RUTH GROSS** |
| v. | ) ) | |
| SAL ROSSELLI, et al. | ) ) | |
| Defendants. | ) ) ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Mary Ruth Gross hereby substitutes McCarthy, Johnson & Miller Law Corporation as her counsel and attorneys of record in this matter.

Defendant Mary Ruth Gross' former counsel and attorneys of record:

> Seyfarth Shaw LLP
> Kathleen Cahill Slaught, Esq.
> 560 Mission Street, Suite 3100
> San Francisco, CA 94105
> Telephone: (415) 397-2823
> Fax Number: (415) 397-8549
> E-mail Address: kslaught@seyfarth.com

////

| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| | Carrie J. Grove, Esq. |
| 2 | 2029 Century Park East, Suite 3300 |
| | Los Angeles, CA 90067-3063 |
| 3 | Telephone: (310) 201-5272 |
| | Fax Number: (310) 201-5219 |
| 4 | E-Mail Address: cgrove@seyfarth.com |

5 are no longer her attorneys in this matter.

6 Defendant Mary Ruth Gross' new counsel in this matter and new attorneys of record on whom

7 all notices and papers may be served are:

8 McCarthy, Johnson & Miller Law Corporation
Diane Sidd-Champion, Esq.
9 Raphael Shannon, Esq.
Ana P. Perez, Esq.
10 595 Market Street, Suite 2200
San Francisco, CA
11 Telephone: (415) 882-2992
Facsimile: (415) 882-2999
12 E-mail: dsidd-champion@mjmlaw.us
      rshannon@mjmlaw.us
13       aperez@mjmlaw.us

14 The undersigned consent to the substitution and certify that this substitution will not delay the

15 proceedings in this matter.

17 Dated: May 29, 2009        By:  /s/ Mary Ruth Gross
                                   MARY RUTH GROSS

**SEYFARTH SHAW LLP**

20 Dated: May 28, 2009        By:  /s/ Kathleen Cahill Slaught
                                   KATHLEEN CAHILL SLAUGHT

**McCARTHY, JOHNSON & MILLER
LAW CORPORATION**

23 Dated: May 29, 2009        By:  /s/ Diane Sidd-Champion
                                   DIANE SIDD-CHAMPION

25 IT SO ORDERED.

26 Dated: __June 3_____, 2009

                              _____
                              HON. WILLIAM H. ALSUP
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
Judge William Alsup*

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT MARY RUTH GROSS
Case No. C 09-0404 WHA (MEJ)                                                    Page 2