United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 09-00404 WHA <br><br><br> **ORDER REGARDING PLAINTIFFS' REQUESTS FOR LEAVE TO FILE** |

Plaintiffs have submitted two requests for leave to file. First, plaintiffs submitted a request for leave to file a motion for permission to submit newly available documents with their reply brief in support of their motion for a preliminary injunction. Defendants submitted a

statement of non-opposition to the request to file newly available documents. Plaintiffs request is granted. Plaintiffs may submit the newly available documents; no further administrative motion is needed. Second, plaintiffs filed a request for leave to file a "motion for an order to show cause re contempt" in which they allege violations of the TRO. The request is denied without prejudice. The Court will review the briefing on the preliminary injunction motion and the materials submitted in connection thereto and may permit the requested motion following the July 15 hearing.

**IT IS SO ORDERED.**

Dated: June 19, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2