1  STEPHEN P. BERZON (SBN 46540)
   PETER D. NUSSBAUM (SBN 49682)
2  JEFFREY B. DEMAIN (SBN 126715)
   JONATHAN WEISSGLASS (SBN 185008)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone:  (415) 421-7151
5  Facsimile:  (415) 362-8064
   sberzon@altshulerberzon.com
6  pnussbaum@altshulerberzon.com
   jdemain@altshulerberzon.com
7  jweissglass@altshulerberzon.com

8  ROBERT M. WEINBERG (*admitted pro hac vice*)      GLENN ROTHNER (SBN 67353)
   JEFFREY FREUND (SBN 47846)                        EMMA LEHENY (SBN 196167)
9  LEON DAYAN (*admitted pro hac vice*)              ROTHNER, SEGALL, GREENSTONE
   DOUGLAS CALLAHAN (*admitted pro hac vice*)            & LEHENY
10 BREDHOFF & KAISER, PLLC                           510 South Marengo Avenue
   805 Fifteenth St. N.W. Tenth Floor                Pasadena, CA  91101
11 Washington, DC 20005                              Telephone: (626) 796-7555
   Telephone: (202) 842-2600                         Facsimile: (626) 577-0124
12 Facsimile:  (202) 842-1888                        grothner@rsgllabor.com
   rweinberg@bredhoff.com                            eleheny@rsgllabor.com
13 jfreund@bredhoff.com
   ldayan@bredhoff.com
14 dcallahan@bredhoff.com

15 Attorneys for Plaintiffs

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18
   SERVICE EMPLOYEES                    )    CASE NO. 09-CV-0404 WHA (MEJ)
19 INTERNATIONAL UNION, *et al.*,       )
                                        )    **STIPULATION RE: AVAILABILITY**
20          Plaintiffs,                 )    **FOR TELEPHONE CONFERENCE ON**
                                        )    **USE OF VIDEOTAPES OF**
21     v.                               )    **DEPOSITIONS**
                                        )
22 SAL ROSSELLI, *et al.*,              )    Hon. Maria-Elena James
                                        )
23          Defendants.                 )
                                        )
24 _____ )
                                        )
25

26

27

28

STIP. RE: AVAILABILITY FOR TELEPHONE CONFERENCE – Case No. 09-CV-0404 WHA (MEJ)

**STIPULATION**

The parties, through counsel, hereby stipulate that they are available for a telephone conference with respect to the use of videotapes of depositions on the following dates and times: August 6, 2009, from 10:00 to 4:00; August 7, 2009, from 1:30 to 4:00; and August 10, 2009, from 10:00 to 4:00.

The foregoing is so stipulated and agreed.

Dated:  July 20, 2009.

ALTSHULER BERZON LLP
BREDHOFF & KAISER, PLLC
ROTHNER, SEGALL, GREENSTONE & LEHENY

_____/s/ Jeffrey B. Demain_____
By:  JEFFREY B. DEMAIN

Attorneys for Plaintiffs

SIEGEL & YEE
DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
DEAN ROYER, SBN 233292
499 14th Street, Suite 200
Oakland, California  94612
Telephone:  (510) 839-1200
Facsimile:  (510) 444-6698

W. GORDON KAUPP, SBN 226241
National Union of Healthcare Workers
519 17th Street, Suite 560
Oakland, California  94612
Telephone:  (510) 821-1849
Facsimile:  (510) 834-2019

_____/s/ Dan Siegel_____
By:  DAN SIEGEL

Attorneys for Defendants

The conference shall take place on August 6, 2009 at 10:00 a.m. in Courtroom B, 450 Golden Gate Avenue, San Francisco, California.  The Court would prefer for the parties to appear in person.  However, if any party is unable to attend in person, that party shall submit a request to appear by telephone no later than July 30, 2009.  The request shall include a local or toll-free telephone number at which counsel may be reached at the time of the conference.  The parties should be aware that the undersigned's regular law & motion calendar is heard at the same time, so this matter will be heard at 10:00 a.m. or after.

Dated: July 21, 2009

IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA