United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 09-00404 WHA <br><br><br><br><br> **ORDER REGARDING THE EDUCATION-FUND DEFENDANTS' REQUEST FOR CLARIFICATION** |

Counsel for the SEIU UHW-West Joint Employer Education Fund and individual defendants Clayton, Gross, Wilson, Peasnall, Kunold and Lincoln requests clarification of the preliminary injunction recently issued in this matter (Dkt. No. 335). These individual

defendants are the management trustees of the joint labor-management education fund. Counsel seeks clarification regarding which provisions of the preliminary injunction apply to these education-fund defendants. Plaintiffs did not seek injunctive relief against these defendants (and so clarified in response to defendants' request for clarification).

The preliminary injunction explained that it applies to five defendants against whom plaintiffs *did* seek injunctive relief — Martin, Rodriguez, Figueroa, Kurre, and Cornejo — who had not been subject to the TRO because they had not yet been served. The preliminary injunction also stated at one point, however, that it applies to "all" defendants. This order clarifies that paragraph two of the preliminary injunction regarding the preservation of evidence applies to all defendants, but that paragraphs one and three of the preliminary injunction do not apply to the above-listed education-fund defendants.

**IT IS SO ORDERED.**

Dated: August 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE