IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**WITHDRAWAL OF REFERRAL**

    This order withdraws the referral of Magistrate Judge Joseph C. Spero as settlement judge.

    **IT IS SO ORDERED.**

Dated: August 26, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE