IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive,

    Defendants.
                                        /

No. C 09-00404 WHA

**ORDER RE REQUEST FOR LEAVE TO FILE MOTION TO MODIFY PRELIMINARY INUNCTION**

Defendants filed a request for leave to file a motion for reconsideration of the preliminary injunction. Defendants argue that the requirement that they submit declarations regarding the missing files is moot given that defendants have now submitted declarations, and

they seek clarification of two factual statements in the preliminary injunction, among other matters. An order dated August 17, 2009, invited plaintiffs to respond, and plaintiffs' response has now been received.

This order accepts that Carrie Cianchetti did not work for UHW *prior* to the trusteeship, and that the *main* Kaiser office is in Oakland, not Sacramento. Neither clarification, however, necessitates further modification of the preliminary injunction. The preliminary injunction focused on Ms. Cianchetti's actions after the trusteeship, not before. Moreover, the preliminary injunction addressed whether files were missing from the Sacramento office and the fact that the Oakland office was the main office is immaterial to the findings therein. Defendants' request for leave to file is otherwise **DENIED**.

**IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE