1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5
6
   SERVICE EMPLOYEES INTERNATIONAL
7  UNION, *et al.*,                          CASE NO. 09-CV-0404 WHA (MEJ)

8          Plaintiffs,
       v.                                    (Proposed)
9                                            ORDER GRANTING APPLICATION
   SAL ROSSELLI, *et al.*,                   OF EDGAR N. JAMES FOR
10                                           ADMISSION OF ATTORNEY *PRO HAC*
           Defendants.                       *VICE*
11

1  Edgar N. James, an active member in good standing of the bar of the District of Columbia
2  whose business address, telephone number, and email address is:
3  Edgar N. James
   James & Hoffman, P.C.
4  1101 17th Street, NW, Suite 510
5  Washington, DC 20036
   Telephone: (202) 496-0500
6  Email: ejames@jamhoff.com,
7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing the Plaintiffs,
9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application
12 will constitute notice to the party. All further filings in this action are subject to the requirements
13 contained in General Order No. 45, *Electronic Case Filing*.
14
15 Dated: September 16, 2009
16
17
18 _____
   Honorable William H. Alsup
19
20 
21
22
23
24
25
26
27
28

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 09-CV-0404 WHA (MEJ)