1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*,<br><br>            Plaintiffs,<br>      v.<br><br>SAL ROSSELLI, *et al.*,<br><br>            Defendants. | CASE NO. 09-CV-0404 WHA (MEJ)<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION OF JEFF VOCKRODT FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Jeff Vockrodt, an active member in good standing of the bar of the District of Columbia whose business address, telephone number, and email address is:

> Jeff Vockrodt
> James & Hoffman, P.C.
> 1101 17th Street, NW, Suite 510
> Washington, DC 20036
> Telephone: (202) 496-0500
> Email: jvockrodt@jamhoff.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All further filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   September 16, 2009



Honorable William H. Alsup

IT IS SO ORDERED
Judge William Alsup

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 09-CV-0404 WHA (MEJ)