UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL
UNION, et al.,

        Plaintiffs,

  v.

SAL ROSELLI, et al.,

        Defendants.
_____/

No. C- 09-00404 WHA (EDL)

ORDER VACATING SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The Settlement Conference currently scheduled for September 25, 2009 is VACATED. No later than September 21, 2009, the parties shall submit a report to this Court regarding the status of the complaint and a proposed date for the Settlement Conference.

IT IS SO ORDERED.

Dated: September 16, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge