UNITED STATES DISTRICT COURT

Northern District of California

SERVICE EMPLOYEES,

        Plaintiff(s),          No. C 09-00404 WHA (MEJ)

  v.

SEIU UNITED HEALTHCARE WORKERS,       **ORDER SCHEDULING HEARING RE: DKT #406**

        Defendant(s).
_____/

The Court is in receipt of the parties' joint discovery letter, filed November 2, 2009. (Dkt. #406.) Upon review of the letter, the Court finds a hearing appropriate. Accordingly, the Court hereby ORDERS the parties to appear on November 19, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 3, 2009

                                                       Maria-Elena James
                                                       Chief United States Magistrate Judge