# UNITED STATES DISTRICT COURT

## Northern District of California

SERVICE EMPLOYEES

                Plaintiff(s),

  v.

SEIU UNITED HEALTHCARE WORKERS

                Defendant(s).
_____/

No. C 09-00404 WHA (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

      The Court is in receipt of Plaintiffs' Request for a telephonic discovery conference. In its request, Plaintiffs state that Defendants' counsel has failed to comply with discovery obligations. Pursuant to Magistrate Judge James' discovery standing order, as to any discovery dispute, the parties must meet and confer in person and, if unable to resolve the dispute, file a joint letter. As it appears that the parties have been unable to comply with the standing order, and they are already scheduled to appear for a discovery hearing on November 19, 2009, the Court hereby ORDERS the parties to meet and confer, in person, immediately after the discovery hearing on November 19, 2009 at 10:00 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties should be aware that the previously-scheduled hearing shall not include any disputes that had not been formally presented at the time the hearing was scheduled.

      At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order, and said letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and an auxiliary storage

medium, such as a USB port thumb drive, to use in drafting said letter. The parties are advised that they will not meet with the undersigned during or after the meet and confer session.

However, if the parties are able to meet and confer in person and resolve their disputes or file any necessary joint meet and confer letters prior to the meet and confer session, the parties shall jointly e-file a request that the Court vacate the meet and confer.

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge