UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

       Plaintiffs,

     v.

SAL ROSELLI, et al.,

       Defendants.
_____/

No. 09-00404 WHA (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 19, 2009, Defendant Employer Trustees Connie Wilson, Arlene Peasnall, Cherie Kunold and Faye Lincoln requested to be excused from personally appearing at the settlement conference scheduled for December 2, 2009. No party opposed this request.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant Employer Trustees be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on December 2, 2009 .

If the Court concludes that the absence of Defendant Employer Trustees is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant Employer Trustees.

SO ORDERED.

Dated: November 23, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge