UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

      Plaintiffs,

      v.

SAL ROSELLI, et al.,

      Defendants.

No. 09-00404 WHA (EDL)

ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letters dated November 20 and 21, 2009, Defendants Marti Garza, Michael Krivosh, Andrew Reid, Jorge Rodriguez, Martha Figueroa and Freja Nelson requested to be excused from personally appearing at the settlement conference scheduled for December 2, 2009. No party opposed these requests.

Upon consideration of the requests, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant Marti Garza, Michael Krivosh, Andrew Reid, Jorge Rodriguez, Martha Figueroa and Freja Nelson be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on December 2, 2009.

If the Court concludes that the absence of these Defendants is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including these Defendants.

SO ORDERED.

Dated: November 23, 2009

                                                        _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge