IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants.<br>　／ | No. C 09-00404 WHA<br><br>**REMINDER NOTICE OF UPCOMING TRIAL AND FINAL PRETRIAL CONFERENCE** |

　　　This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL CONFERENCE** on **MARCH 8, 2010**, at **2:00 P.M.**, with a **JURY TRIAL** on **MARCH 22, 2010**. Please

1  consult the existing case management order and review and follow all standing guidelines and
2  orders of the undersigned for civil cases on the Court's website at http://www.cand.uscourts.gov.
3  Continuances will rarely be granted.

4      The final pretrial conference will be an important event, for it will be there that the shape
5  of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit
6  mechanics. Lead trial counsel must attend.

7      To avoid any misunderstanding with respect to the final pretrial conference and trial, the
8  Court wishes to emphasize that all filings and appearances must be made — on pain of dismissal,
9  default or other sanction — unless and until a dismissal fully resolving the case is received. It
10 will not be enough to inform the clerk that a settlement in principle has been reached or to lodge
11 a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal)
12 that resolves less than the entire case. Where, however, a fully-executed and unconditional
13 settlement agreement clearly and fully disposing of the entire case is lodged reasonably in
14 advance of the pretrial conference or trial and only a ministerial act remains, the Court will
15 arrange a telephone conference to work out an alternate procedure pending a formal dismissal.

16     In order to evaluate whether the Court can be of further ADR assistance, please file a joint
17 report within fourteen days of service of this order describing the progress and status of your
18 ADR efforts to date and any further ADR recommendations by the parties.

19     In this case, the Court wishes to consider the following additional trial procedures and
20 desires that counsel meet and confer and reach a stipulation concerning whether and how to use
21 them:

22     1. Scheduling opposing experts so as to appear in successive order;
23     2. Giving preliminary instructions on the law;
24     3. Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39
25     of the Arizona Rules of Civil Procedure); and
26     4. Allowing each side fifteen minutes of opening/argument time to
27     be used during the evidence time (in addition to normal opening statement and
28     closing argument).

Please present the results of your stipulation (or not) in the joint pretrial conference submissions.

Dated: December 1, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

3