UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*,

        Plaintiffs,

  v.

SAL ROSSELLI, *et al*.,

        Defendants.

No. C 09-00404 WHA (MEJ)

**DISCOVERY ORDER RE DOCKET #436**

On December 22, 2009, the parties in this matter filed a joint letter regarding the sufficiency of Defendants' responses to Plaintiffs' First Set of Interrogatories. The Court has carefully considered the parties' arguments, and now **RULES** as follows:

Each of the 29 Defendants shall serve <u>individual</u>, <u>verified</u> responses to the Interrogatories by <u>December 30, 2009</u>.

**IT IS SO ORDERED.**

Dated: December 23, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge