United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, DAVID REGAN and ELISEO MEDINA, as trustees for SEIU UNITED HEALTHCARE WORKERS-WEST and fiduciaries of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, SEIU UNITED HEALTHCARE WORKERS-WEST, an unincorporated association and fiduciary of the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, and REBECCA COLLINS, as a participant in the SEIU UNITED HEALTHCARE WORKERS-WEST AND JOINT EMPLOYER EDUCATION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS; MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive, <br><br> Defendants. | No. C 09-00404 WHA <br><br><br> **ORDER GRANTING STIPULATED REQUEST TO EXTEND DISCOVERY DEADLINE** |

The parties have stipulated to extend from December 31, 2009, to January 15, 2010, the non-expert discovery cut-off date and the last date for designation of expert testimony and disclosure of full expert reports under Rule 26(a)(2) as to any issue on which a party has the

burden of proof.  They have filed a sworn declaration from plaintiffs' counsel that this extension is necessary because six depositions could not be scheduled prior to the current deadline due to witnesses' limited availability.  On the condition that the parties do not seek to postpone the deadline to file dispositive motions on January 28, 2010, or the trial set to begin on March 22, 2010, the stipulated request is **GRANTED**.  Please do not ask for any other extensions.

**IT IS SO ORDERED.**

Dated:  December 28, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2