UNITED STATES DISTRICT COURT

Northern District of California

SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*,

        Plaintiffs,

  v.

SAL ROSSELLI, *et al.*,

        Defendants.

_____/

No. C 09-00404 WHA (MEJ)

**DISCOVERY ORDER RE DKT. #437**

On December 24, 2009, the parties in this action filed a joint letter regarding Defendants' production of email and/or consent to subpoenas to third party Internet Service Providers. (Dkt. #437). The Court has considered the parties' positions and finds that Plaintiffs have failed to show any basis warranting further intervention from the Court on this matter. If, as of today, there are any consent forms that Plaintiffs have provided Defendants and which Defendants have either failed or refused to execute, Plaintiffs shall file a letter identifying such outstanding forms by 12:00 p.m. on December 30, 2009.

**IT IS SO ORDERED.**

Dated: December 29, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge