UNITED STATES DISTRICT COURT

Northern District of California

SERVICE EMPLOYEES,

               Plaintiff(s),

  v.

SEIU UNITED HEALTHCARE WORKERS,

               Defendant(s).
_____/

No. C 09-00404 WHA (MEJ)

**ORDER SCHEDULING DISCOVERY HEARING RE: DKT #444**

The Court is in receipt of Plaintiffs' letter, filed December 30, 2009 (Dkt. #444), regarding certain individual defendants' alleged failure to consent to subpoenas to Internet Service Providers. Having reviewed the letter, the Court hereby ORDERS the parties to be available for a telephonic discovery hearing on January 7, 2010 at 10:00 a.m. in Courtroom B, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs' counsel is responsible for arranging a conference call among the parties and providing a local or toll free number at which the parties may be reached at the time of the hearing.

**IT IS SO ORDERED.**

Dated: December 30, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge