# UNITED STATES DISTRICT COURT
## Northern District of California

SERVICE EMPLOYEES,

        Plaintiff(s),

   v.

SEIU UNITED HEALTHCARE WORKERS,

        Defendant(s).

No. C 09-00404 WHA (MEJ)

**ORDER RE EMAIL PRODUCTION (DKT ## 437, 444)**

On January 7, 2010, the Court held a hearing regarding individual defendants' personal email accounts. Upon further consideration of the dispute, the Court hereby ORDERS as follows:

1) By January 19, 2010, all individual defendants listed in Plaintiffs' December 30, 2009 letter (Dkt. #444) shall produce to Defendants' counsel *all* emails in the accounts listed in the December 30 letter, regardless of relevance. The time period for production shall be up to January 28, 2009, with a reasonable start date determined by agreement of both parties.

2) Defendants' counsel shall review the emails and produce to Plaintiffs all relevant emails by January 28, 2010. Counsel shall also serve a declaration attesting under penalty of perjury that all relevant emails have been produced in compliance with this Order.

3) All individual defendants listed in the December 30 letter shall serve on Plaintiffs by January 28, 2010 a declaration attesting under penalty of perjury that all emails have been produced in compliance with this Order.

Any individual defendant that chooses not to follow the procedure detailed in this Order shall instead provide Plaintiffs with any necessary ISP server consent forms by January 19, 2010.

**IT IS SO ORDERED.**

Dated: January 7, 2010

                                               Maria-Elena James
                                               Chief United States Magistrate Judge