IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER RE DISCOVERY BY EDUCATION FUND DEFENDANTS**

For purposes of the second case management order dated July 15, 2009, the Education Fund defendants will be allowed ten interrogatories of their own. Their interests overlap substantially with other defendants but have a sufficiently distinct and separate interest that they may be allowed ten interrogatories of their own. By **NOON ON JANUARY 13, 2010**, the Education Fund defendants shall specify which of any previously propounded interrogatories they wish to count for their ten interrogatories and plaintiffs must answer them by **NOON ON JANUARY 29**.

**IT IS SO ORDERED.**

Dated: January 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE