# UNITED STATES DISTRICT COURT

## Northern District of California

SERVICE EMPLOYEES,

        Plaintiff(s),

v.

SEIU UNITED HEALTHCARE WORKERS,

        Defendant(s).

No. C 09-00404 WHA (MEJ)

**ORDER RE: JOINT DISCOVERY DISPUTE LETTERS**

On January 13, 2010, Plaintiffs' counsel filed a letter regarding the exchange of proposed discovery dispute letters in this case. (Dkt. #456.) Upon review of Plaintiffs' letter, the Court hereby ORDERS as follows:

1) After complying with all meet and confer requirements, if the parties are unable to resolve an outstanding discovery dispute, the requesting party shall file its portion of a discovery dispute letter in compliance with the undersigned's discovery standing order. Any such letter shall be no more than two-and-a-half pages in length, excluding any relevant caption information.

2) The responding party shall have three court days from the date of filing to file any response. Any response shall be no more than two-and-a-half pages in length, excluding any relevant caption information. If the responding party fails to file a response within three days, no response will be considered by the Court.

3) As to the FUDR dispute Plaintiffs raise in their letter, Defendants shall file any response (as detailed above) by January 19, 2010.

**IT IS SO ORDERED.**

Dated: January 13, 2010

                                                Maria-Elena James
                                                Chief United States Magistrate Judge