# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, | Case No. 09-CV-0404 WHA (MEJ) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |
| SAL ROSSELLI, *et al.*, | |
| Defendants. | |

Having complied with Local Rule 11.5(a), IT IS HEREBY ORDERED THAT attorney W. Gordon Kaupp is permitted to withdraw as counsel of record for the defendants in the within action

........................................   IT IS SO ORDERED

DATED:
January 26, 2010.

_____
UNITED STATES DISTRICT JUDGE
HON. WILLIAM H.

IT IS SO ORDERED
Judge William Alsup