IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.
                                        /

No. C 09-00404 WHA

**ORDER RE MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendants have requested permission to move for leave to file an amended answer to plaintiffs' second amended complaint. Defendants shall submit their motion for leave to file an amended answer no later than **NOON ON JANUARY 28, 2010**. Any opposition to the motion shall be submitted no later than **NOON ON FEBRUARY 1, 2010.** Any reply shall be submitted no later than **NOON ON FEBRUARY 2, 2010.**

**IT IS SO ORDERED.**

Dated: January 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE