**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER GRANTING LEAVE OF COURT FOR EDUCATION FUND DEFENDANTS TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT**

In this labor action, defendants Sal Roselli, John Borsos, Laura Kurre, Ralph Cornejo, Will Clayton and John Vellardita in their capacities as Trustees or former Trustees of SEIU United Healthcare-West and Joint Employer Education Fund and Mary Ruth Gross in her capacity as executive director of the fund have requested leave to file a motion for partial summary judgment. Their request is **GRANTED**. Their motion for partial summary judgment must be filed no later than **JANUARY 28, 2010**, and shall be heard on a normal 35-day track.

**IT IS SO ORDERED.**

Dated: January 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE