UNITED STATES DISTRICT COURT

Northern District of California

SERVICE EMPLOYEES

                Plaintiff(s),

   v.

SEIU UNITED HEALTHCARE WORKERS

                Defendant(s).
_____/

No. C 09-00404 WHA (MEJ)

**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On January 27, 2010, Defendantns electronically filed a discovery reply letter. (Dkt. #468.) However, Defendants have failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendants are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: February 1, 2010

                                                     _____
                                                     Maria-Elena James
                                                     Chief United States Magistrate Judge