IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER GRANTING PLAINTIFFS LEAVE TO FILE MOTION TO STRIKE LABOR HISTORY EXPERT**

Plaintiffs are granted leave to file a motion to strike defendants' proposed labor history expert and their submission of February 2 (Dkt. No. 483) shall be treated as their motion. Defendants' opposition shall be filed by **NOON ON FEBRUARY 12, 2010**, and shall be no more than ten pages. Plaintiffs' reply of no more than five pages shall be filed by **NOON ON FEBRUARY 16, 2010**. The motion shall be decided on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: February 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE