JEFFREY B. DEMAIN (SBN 126715)
JONATHAN WEISSGLASS (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
jweissglass@altshulerberzon.com

ROBERT M. WEINBERG (*admitted pro hac vice*)
W. GARY KOHLMAN (*admitted pro hac vice*)
LEON DAYAN (*admitted pro hac vice*)
RAMYA RAVINDRAN (*admitted pro hac vice*)
BREDHOFF & KAISER, PLLC
805 Fifteenth St. N.W. Tenth Floor
Washington, DC 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
rweinberg@bredhoff.com
ldayan@bredhoff.com
rravindran@bredhoff.com

GLENN ROTHNER (SBN 67353)
EMMA LEHENY (SBN 196167)
ROTHNER, SEGALL, GREENSTONE
 & LEHENY
510 South Marengo Avenue
Pasadena, CA 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
grothner@rsgllabor.com
eleheny@rsgllabor.com

Attorneys for Plaintiffs

EDGAR N. JAMES (*admitted pro hac vice*)
JEFF VOCKRODT (*admitted pro hac vice*)
James & Hoffman, P.C.
1101 17th Street, NW, Suite 510
Washington, D.C. 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
ejames@jamhoff.com
jvockrodt@jamhoff.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAL ROSSELLI, *et al.*, <br><br> Defendants. <br> _____ | **CASE NO. 09-CV-0404 WHA (MEJ)** <br><br> **STIPULATION FOR ORDER CHANGING TIME RE BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT; AND [PROPOSED] ORDER THEREON** <br><br> Civil Local Rules 6-1, 6-2 <br><br> Date: N/A <br> Time: N/A <br> Courtroom: N/A <br><br> Hon. William H. Alsup |

STIP. FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER
Case No. 09-CV-0404 WHA (MEJ)

**STIPULATION FOR ORDER CHANGING TIME**

Pursuant to Civil Local Rules 6-1 and 6-2, the parties hereby file this stipulation for an Order extending the filing dates for Plaintiffs' Opposition to the Education Fund Defendants' Motion for Partial Summary Judgment and the Education Defendants' Reply thereto. No prior requests to change the briefing schedule on the Motion have been made.

In Docket No. 467, the Court granted leave for the Education Fund Defendants to file their motion by January 28, 2010, and specified that their motion "shall be heard on a normal 35-day track." Docket No. 467 at 1:22. The Education Fund Defendants filed their motion on January 28. *See* Docket No. 471. Under the normal 35-day track, Plaintiffs' Opposition thereto is currently due this Thursday, February 11, and the Education Fund Defendants' Reply thereto is currently due next Thursday, February 18, 2010. Plaintiffs assert that they have been working diligently on their Opposition, but their best efforts to have their Opposition ready to be filed on February 11 have been impeded by the historic and unanticipated blizzard in Washington, DC area, where Plaintiffs' counsel with responsibility for drafting the Opposition reside, as set forth below in the Declaration of Jeffrey B. Demain.

For the foregoing reasons, the undersigned parties stipulate to an extension, providing that the filing and service date of Plaintiffs' Opposition to the Education Fund Defendants' Motion for Partial Summary Judgment be extended from Thursday, February 11, to Monday, February 15, notwithstanding the fact that February 15 is a Court holiday, and that the filing and service date of the Education Fund Defendants' Reply thereto be extended from Thursday, February 18, to Wednesday, February 24, but that the hearing on the Motion remain scheduled for Thursday, March 4. This stipulated request will not affect any of the other dates or deadlines established by the Court in this case.

The Education Fund Defendants' agreement to the foregoing extension for Plaintiffs' Opposition is expressly conditioned on the Court granting them additional time for their Reply, and on the Court retaining the March 4 hearing date.

Plaintiffs therefore respectfully request that, if the Court is not willing to extend the due dates as requested above without extending the hearing date, the Court treat this stipulation as a

1  motion by Plaintiffs for an extension of time to file their Opposition, until Monday, February 15,
2  2010, pursuant to Civil Local Rules 6-1 and 6-3.  In such event, the Education Fund Defendants
3  request an equivalent amount of time to file their Reply.
4        The undersigned parties request the Court to order the following changes to the briefing
5  schedule on the Education Fund Defendants' Motion for Partial Summary Judgment:
6        1.   The filing and service date of Plaintiffs' Opposition to the Education Fund
7  Defendants' Motion for Partial Summary Judgment be extended from Thursday, February 11, to
8  Monday, February 15, 2010 (on which day the Opposition will be filed and served through the
9  Court's ECF system, notwithstanding the Court holiday);
10       2.   The filing and service date of the Education Fund Defendants' Reply on Defendants'
11 Motion for Partial Summary Judgment be extended from Thursday, February 18, to Wednesday,
12 February 24, 2010; and
13       3.   The hearing on the Motion shall remain scheduled for Thursday, March 4, 2010.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The foregoing is so stipulated and agreed.

Dated: February 8, 2010.	ALTSHULER BERZON LLP
BREDHOFF & KAISER, PLLC
JAMES & HOFFMAN, P.C.
ROTHNER, SEGALL, GREENSTONE & LEHENY

*/s/ Jeffrey B. Demain*
By: Jeffrey B. Demain

Attorneys for Plaintiffs

Dated: February 8, 2010.	McCARTHY, JOHNSON & MILLER
Law Corporation
DIANE SIDD-CHAMPION (SBN 78140)
RAPHAEL SHANNON (SBN 83850)
ANA P. PEREZ (SBN 253309)
ROBERT I. LOCKWOOD (SBN 259870)
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2999
E-mail: dsidd-champion@mjmlaw.us

*/s/ Diane Sidd-Champion*
By: Diane Sidd-Champion

Attorneys for Defendants Sal Rosselli, John Borsos, Laura Kurre, Ralph Cornejo, Will Clayton, and John Vellardita in their capacities as Trustees or former Trustees of the SEIU UHW and Joint Employer Education Fund and Mary Ruth Gross in her capacity as Executive Director of the SEIU UHW and Joint Employer Education Fund

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 9, 2010.

Hon. William
United States

*IT IS SO ORDERED*
*Judge William Alsup*

STIP. FOR ORDER CHANGING TIME; AND [PROPOSED] ORDER
Case No. 09-CV-0404 WHA (MEJ)

3

1 **ECF CERTIFICATION**

2     I, Jeffrey B. Demain, am the ECF User whose identification and password are being used to

3 file this Stipulation for Order Changing Time re Briefing Schedule for Motion for Partial Summary

4 Judgment; and [Proposed] Order Thereon.  In compliance with General Order 45.X.B., I hereby

5 attest that Diane Sidd-Champion has concurred in this filing.

7
Dated: February 8, 2010                        /s/   Jeffrey B. Demain
8                                                 JEFFREY B. DEMAIN