IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER RE MOTIONS IN LIMINE**

Due to the voluminous and lengthy nature of the motions in limine and finite amount of time available, not all motions in limine will be allowed oral argument. Both sides should select for oral argument two or three of the pending motions about which they care the most. This includes the motions by the other side.

**IT IS SO ORDERED.**

Dated: March 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE