| | |
|---|---|
| JEFFREY B. DEMAIN (SBN 126715) <br> JONATHAN WEISSGLASS (SBN 185008) <br> ALTSHULER BERZON LLP <br> 177 Post Street, Suite 300 <br> San Francisco, CA 94108 <br> Telephone: (415) 421-7151 <br> Facsimile: (415) 362-8064 <br> jdemain@altshulerberzon.com <br> jweissglass@altshulerberzon.com | |
| ROBERT M. WEINBERG (*admitted pro hac vice*) <br> W. GARY KOHLMAN (*admitted pro hac vice*) <br> LEON DAYAN (*admitted pro hac vice*) <br> RAMYA RAVINDRAN (*admitted pro hac vice*) <br> BREDHOFF & KAISER, PLLC <br> 805 Fifteenth St. N.W. Tenth Floor <br> Washington, DC 20005 <br> Telephone: (202) 842-2600 <br> Facsimile: (202) 842-1888 <br> rweinberg@bredhoff.com <br> ldayan@bredhoff.com <br> rravindran@bredhoff.com | GLENN ROTHNER (SBN 67353) <br> EMMA LEHENY (SBN 196167) <br> ROTHNER, SEGALL, GREENSTONE <br>   & LEHENY <br> 510 South Marengo Avenue <br> Pasadena, CA 91101 <br> Telephone: (626) 796-7555 <br> Facsimile: (626) 577-0124 <br> grothner@rsgllabor.com <br> eleheny@rsgllabor.com |
| EDGAR N. JAMES (*admitted pro hac vice*) <br> JEFF VOCKRODT (*admitted pro hac vice*) <br> James & Hoffman, P.C. <br> 1101 17th Street, NW, Suite 510 <br> Washington, D.C. 20036 <br> Telephone: (202) 496-0500 <br> Facsimile: (202) 496-0555 <br> ejames@jamhoff.com <br> jvockrodt@jamhoff.com | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SAL ROSSELLI, *et al.*, <br><br> Defendants. | CASE NO. 09-CV-0404 WHA (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC / COMPUTER EQUIPMENT INTO FEDERAL COURTROOM** <br><br> Judge: Hon. William H. Alsup <br> Trial Date: March 22, 2010 <br> Time: 7:30 a.m. <br> Courtroom: 9 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendants Sal Rosselli *et* |
| 3 | *al.*, through their respective counsel and subject to the approval of the Court, that the parties shall be |
| 4 | permitted to bring the following computer/electronic equipment into the above courtroom on Friday, |
| 5 | March 19, 2010 in connection with the jury trial currently set to begin on March 22, 2010 at 7:30 |
| 6 | a.m. |

| QUANTITY | EQUIPMENT DESCRIPTION |
|---|---|
| ~~8~~ 6 | HP 1750 17" flat panel monitors ~~(judge, witness~~, 2-each counsel table, 1-each trial tech) |
| 1 | Hitachi 5000 lumen lcd projector |
| 1 | AV stand w/ skirt for projector |
| 1 | 7.5 x 10 fastfold projection screen |
| 1 | Wolfvision VZ9 + document presenter |
| 1 | AV tripod stand for document presenter |
| 2 | Extron 6x1 switcher (one each trial tech) |
| 2 | Extron 1x6 vga distribution amplifier |
| 3 | Extron 1x2 vga distribution amplifier (1 for splitting elmo signal, 1 for each tech's monitor) |
| 1 | Fender Passport Speaker set |
| 2 | DSAN laptop audio controllers (one for each trial tech) |
| 2 | Tech tables with skirts |
| N/A | Assorted cables, surge protectors, extension cords, gaffers tape |

**IT IS SO STIPULATED.**

Dated: March 17, 2010         ALTSHULER BERZON LLP
                              BREDHOFF & KAISER, PLLC
                              JAMES & HOFFMAN, P.C.
                              ROTHNER, SEGALL, GREENSTONE & LEHENY

                              By: */s/ Jeffrey B. Demain*
                                   Jeffrey B. Demain

                              Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: March 17, 2010. | | DAN SIEGEL, SBN 56400<br>JOSE LUIS FUENTES, SBN 192236<br>DEAN ROYER, SBN 233292<br>SIEGEL & YEE<br>499 14th Street, Suite 220<br>Oakland, California 94612<br>Telephone: (510) 839-1200<br>Facsimile: (510) 444-6698 |
| | | By:   */s/ Dan Siegel*<br>        Dan Siegel |
| Dated: March 17, 2010. | | McCARTHY, JOHNSON & MILLER<br>DIANE SIDD-CHAMPION, SBN 78140<br>595 Market Street, Suite 2200<br>San Francisco, California 94105<br>Telephone: (415) 882-2992<br>Facsimile: (415) 882-2999 |
| | | By:   */s/ Diane Sidd-Champion*<br>        Diane Sidd-Champion |
| Dated: March 17, 2010. | | SEYFARTH SHAW LLP<br>KATHLEEN CAHILL SLAUGHT, SBN 168129<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105<br>Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| | | By:   */s/ Kathleen Cahill Slaught*<br>        Kathleen Cahill Slaught |
| | | Attorneys for Defendants |

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 17, 2010.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

STIP. AND [~~PROP.~~] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT IN FED. COURTROOM
Case No. 09-CV-0404 WHA (MEJ)        2