| | |
|---|---|
| JEFFREY B. DEMAIN (SBN 126715) | |
| JONATHAN WEISSGLASS (SBN 185008) | |
| ALTSHULER BERZON LLP | |
| 177 Post Street, Suite 300 | |
| San Francisco, CA 94108 | |
| Telephone: (415) 421-7151 | |
| Facsimile: (415) 362-8064 | |
| jdemain@altshulerberzon.com | |
| jweissglass@altshulerberzon.com | |

| | |
|---|---|
| ROBERT M. WEINBERG (*admitted pro hac vice*) | GLENN ROTHNER (SBN 67353) |
| W. GARY KOHLMAN (*admitted pro hac vice*) | EMMA LEHENY (SBN 196167) |
| LEON DAYAN (*admitted pro hac vice*) | ROTHNER, SEGALL, GREENSTONE |
| RAMYA RAVINDRAN (*admitted pro hac vice*) |   & LEHENY |
| BREDHOFF & KAISER, PLLC | 510 South Marengo Avenue |
| 805 Fifteenth St. N.W. Tenth Floor | Pasadena, CA 91101 |
| Washington, DC 20005 | Telephone: (626) 796-7555 |
| Telephone: (202) 842-2600 | Facsimile: (626) 577-0124 |
| Facsimile: (202) 842-1888 | grothner@rsgllabor.com |
| rweinberg@bredhoff.com | eleheny@rsgllabor.com |
| ldayan@bredhoff.com | |
| rravindran@bredhoff.com | |

EDGAR N. JAMES (*admitted pro hac vice*)
JEFF VOCKRODT (*admitted pro hac vice*)
James & Hoffman, P.C.
1101 17th Street, NW, Suite 510
Washington, D.C. 20036
Telephone: (202) 496-0500
Facsimile: (202) 496-0555
ejames@jamhoff.com
jvockrodt@jamhoff.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, | CASE NO. 09-CV-0404 WHA (MEJ) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RESOLVING PLAINTIFFS' REQUEST REGARDING 17 BOXES RETURNED TO PLAINTIFFS** |
| v. | |
| SAL ROSSELLI, *et al.*, | Judge: Hon. William H. Alsup |
| Defendants. | Trial Date: March 22, 2010 |
| | Time: 7:30 a.m. |
| | Courtroom: 9 |

STIP. AND [PROP.] ORDER RESOLVING PLAINTIFFS' REQUEST REGARDING 17 BOXES
Case No. 09-CV-0404 WHA (MEJ)

# STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned counsel for all parties, that they have agreed to the following resolution of the plaintiffs' emergency request filed on March 15, 2010, regarding the return of 17 boxes containing UHW property, including but not limited to bargaining and grievance files ("the 17 boxes"), without the need for an evidentiary hearing:

1. The Court will put the 17 boxes on the table in the courtroom and explain at an appropriate point in the trial to the jury that the law firm representing the former UHW officer and employee defendants informed counsel for the plaintiffs for the first time on March 14, 2010, that the firm had come into possession of 17 boxes of UHW materials. The firm then made the boxes available to counsel for the plaintiffs on the following day. The Court will instruct the jury that it may consider these as facts in deciding the case.

2. Counsel for the plaintiffs and/or counsel for the former UHW officer and employee defendants may elicit testimony from the former UHW officer and employee defendants as to their knowledge of the return of the materials in the 17 boxes. Counsel for any party can present evidence as to the contents of the boxes without limitation.

3. Under no circumstances may counsel for any party elicit testimony from any witness, including but not limited to UHW and/or NUHW members, members of the law firm of Siegel & Yee, or investigators, concerning the investigation and/or other circumstances that led to the return of the 17 boxes.

**IT IS SO STIPULATED.**

Dated: March 18, 2010
            ALTSHULER BERZON LLP
            BREDHOFF & KAISER, PLLC
            JAMES & HOFFMAN, P.C.
            ROTHNER, SEGALL, GREENSTONE & LEHENY

            By: */s/ Jeffrey B. Demain*
               Jeffrey B. Demain

            Attorneys for Plaintiffs

Dated: March 18, 2010.

DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

By: */s/ Dan Siegel*
Dan Siegel

Dated: March 18, 2010.

McCARTHY, JOHNSON & MILLER
DIANE SIDD-CHAMPION, SBN 78140
595 Market Street, Suite 2200
San Francisco, California 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2999

By: */s/ Diane Sidd-Champion*
Diane Sidd-Champion

Dated: March 18, 2010.

SEYFARTH SHAW LLP
KATHLEEN CAHILL SLAUGHT, SBN 168129
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

By: */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught

Attorneys for Defendants

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 19, 2010.

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup