IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER RE JURY SELECTION**

During jury selection, the public seating area of the courtroom will be largely consumed by prospective jurors. Under no circumstances should any counsel, party or anyone associated with counsel or any party, speak with or communicate in any way with any prospective member of the jury. They should sit in a separate part of the courtroom if they plan to be there at all.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE