UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.

    Plaintiff(s),

v.

SAL ROSELLI, et al.

    Defendant(s).

No. C-09-0404 WHA

ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS AND LUNCH DURING DELIBERATION

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter commencing on Tuesday, March 23, 2010 and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

IT IS SO ORDERED.

Dated: 3/22/10

WILLIAM ALSUP
United States District Judge