United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

Plaintiffs,

v.

SAL ROSELLI, et al.,

Defendants.

No. C 09-00404 WHA

**ORDER RE POTENTIAL RULE 50 MOTIONS**

By the end of the plaintiffs' case in chief and no later, plaintiffs must file a schedule summarizing the evidence as to *each* defendant from whom damages are sought. This must be broken down defendant-by-defendant, so that a Rule 50 ruling may be promptly made. The itemization should specify the testimony and/or exhibits with a pithy but accurate summary of the item, taking care to state whether the defendant was mentioned specifically.

**IT IS SO ORDERED.**

Dated: March 29, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE