IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES,

    Plaintiff,

  v.

SEIU UNITED HEALTHCARE WORKERS,

    Defendants.
                                /

No. C 09-00404 WHA

**NOTICE RE JURY INSTRUCTIONS**

      After the conference with counsel in chambers, the undersigned judge has reflected further on the question of jury instructions. We will proceed as agreed but the Court wishes all counsel to know that thereafter, in the event counsel cannot agree to the proposed instructions and verdict form or something close to it, then the Court may more formally propose on the record the same instructions and verdict form, rather than produce a bone-crushing voluminous substitute, with a further opportunity for each side to object on the record. The Court wants counsel to be aware of this possibility in making their evaluations.

Dated: April 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE