IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, JORGE RODRIGUEZ, JOAN EMSLIE, JOHN BORSOS, JOHN VELLARDITA, GABE KRISTAL, PAUL KUMAR, MARTHA FIGUEROA, BARBARA LEWIS, PHYLLIS WILLETT, DANIEL MARTIN, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, GLENN GOLDSTEIN, FRED SEAVEY, MARK KIPFER, AARON BRICKMAN, IAN SELDEN, GAIL BUHLER, FREJA NELSON, ANDREW REID, NATIONAL UNION OF HEALTHCARE WORKERS, MARYRUTH GROSS, CONNIE WILSON, ARLENE PEASNALL, CHERIE KUNOLD, FAYE LINCOLN, and DOES 1 through 100, inclusive,

    Defendants.

No. C 09-00404 WHA

**NOTICE RE FILING DOCUMENTS DURING ECF SHUTDOWN**

    The parties may e-file pdf versions of documents to Judge Alsup's proposed orders mailbox at: whapo@cand.uscourts.gov during the weekend of April 2–4, 2010, when ECF is down for maintenance. Please observe all deadlines. Counsel should e-file their documents when ECF comes back online after 6:00 p.m. on Sunday, April 4, 2010.

    **IT IS SO ORDERED.**

Dated: April 2, 2010.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE