IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**DENIAL OF DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

The jury verdict mooted out the Rule 50 motion as to a number of defendants. As to the others, the Rule 50 motion (Dkt. No. 601) is denied without prejudice to post-judgment motions.

**IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE