IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.
                              /

No. C 09-00404 WHA

**RULE 54(b) JUDGMENT
AFTER JURY TRIAL**

     A jury trial was held in this matter on all claims except whether the Education Fund defendants breached any duty under ERISA in adopting or implementing an amendment to the trust agreement governing the Education Fund. Pursuant to Rule 54(b) and based on the accompanying jury verdict, the Court finds that there is no just reason to delay entry of judgment on those claims decided by the verdict. Judgment is therefore entered in favor of plaintiffs and against defendant John Borsos in the amount of $66,600, defendant Ralph Cornejo in the amount of $36,600, defendant Marti Garza in the amount of $36,600, defendant Glenn Goldstein in the amount of $73,850, defendant Emily Gordon in the amount of $31,400, defendant Jason Johnson in the amount of $36,600, defendant Mark Kipfer in the amount of $40,600, defendant Gabe Kristal in the amount of $73,850, defendant Barbara Lewis in the amount of $66,600, defendant Daniel Martin in the amount of $66,600, defendant Jorge Rodriguez in the amount of $36,600, defendant Sal Rosselli in the amount of $70,600, defendant Fred Seavey in the amount of $36,600, defendant Peter Tappeiner in the amount of $36,600, defendant John Vellardita in the

amount of $77,850, defendant Phyllis Willett in the amount of $66,600, and defendant National Union of Healthcare Workers in the amount of $724,000, and against plaintiffs and in favor of defendants Gail Buhler, Joan Emslie, Michael Krivosh, Paul Kumar, Laura Kurre, Freja Nelson, Andrew Reid and Ian Selden.  Judgment shall be entered later on the ERISA claim against Education Fund defendants.

**IT IS SO ORDERED.**

Dated:  April 12, 2010.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE