1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SERVICE EMPLOYEES
     INTERNATIONAL UNION, et al.,
11                                              No. C 09-00404 WHA

            Plaintiffs,
12

13     v.
                                                **RESPONSE TO DOCKET ENTRY 636**
14   SAL ROSELLI, et al.,

15          Defendants.
                                     /
16

17          As for the Section 301 injunctive relief claim, each side should file a five-page summary

18   of the relief that the trial record warrants (or does not warrant), including a proposal for the least

19   burdensome procedure to reach a judgment on that claim.  Please do so by next **TUESDAY, APRIL**

20   **27, 2010, AT NOON**, with three-page replies by **THURSDAY, APRIL 29, 2010, AT NOON**.  An order

21   will then set a procedure and schedule for full ventilation.  Please, double-spaced only with no

22   footnotes.

23

24          **IT IS SO ORDERED.**

25

26   Dated:  April 23, 2010.
                                        _____
27                                       WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California