United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE WORKERS-WEST, et al.,

    Plaintiffs,

  v.

JOHN BORSOS, GAIL BUHLER, RALPH CORNEJO, JOAN EMSLIE, MARTI GARZA, GLENN GOLDSTEIN, EMILY GORDON, JASON JOHNSON, MARK KIPFER, GABE KRISTAL, MICHAEL KRIVOSH, PAUL KUMAR, LAURA KURRE, BARBARA LEWIS, DANIEL MARTIN, FREJA NELSON, ANDREW REID, JORGE RODRIGUEZ, SAL ROSSELLI, FRED SEAVEY, IAN SELDEN, PETER TAPPEINER, JOHN VELLARDITA, PHYLLIS WILLETT, AND NATIONAL UNION OF HEALTHCARE WORKERS,

    Defendants.

No. C09-00404 WHA

**FIRST REQUEST FOR ANSWERS RE BENCH TRIAL**

By **5:00 P.M. TODAY**, please answer the following questions regarding the under-submission bench trial, sticking to the trial record without any supplementation. Please limit yourself to one- or two-page responses:

    1.    On TX 114, whose signatures appear for the union trustee (the Court cannot make sense of the third one)?

2. Where in the trial record can the Court find is a helpful explanation of the scope and purpose of Taft-Hartley funds?

**IT IS SO ORDERED.**

Dated: April 26, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE