United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

      Plaintiffs,

  v.

SAL ROSELLI, et al.,

      Defendants.

_____/

No. C 09-00404 WHA

**REMINDER TO DEFENDANTS
TO FILE REPLY RE
SECTION 301 RELIEF**

On April 27, 2010, plaintiffs filed a summary of the relief that they seek as to the Section 301 injunctive relief claim. Defendants' reply of no more than three pages was due by noon on April 29, 2010. *See* Dkt. No. 637. However, no reply has yet been received. Defendants shall file their reply no later than **5:00 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated:  April 30, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE