IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**SCHEDULE FOR
SECTION 301 BRIEFING**

With respect to the Section 301 injunction issue, plaintiffs may file a submission explaining why injunctive relief is still warranted based on the trial record by **MAY 21**, with the opposition due by **MAY 31**, and any reply due by **JUNE 4**, all due times being **NOON**. The Court has tried to take Mr. DeMain's complicated calendar into account but if he is unavailable, then there are many other able lawyers on the team to fill in.

**IT IS SO ORDERED.**

Dated: May 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE