IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER DENYING MOTION TO EXCEED PAGE LIMIT**

Defendants Sal Roselli, John Borsos, Ralph Cornejo, Marti Garza, Glenn Goldstein, Emily Gordon, Jason Johnson, Mark Kipfer, Gabe Kristal, Barbara Lewis, Daniel Martin, Jorge Rodriguez, Fred Seavey, Peter Tappeiner, John Vellardiata, Phyllis Willett, and National Union of Healthcare Workers move for an order to exceed the 25-page limit for their joint motion for judgment as a matter of law and for a new trial. Defendants seek permission to file a motion up to 60 pages in length. For lack of good cause shown, the motion is **DENIED**. Defendants should focus on their best arguments in a concise and organized fashion.

**IT IS SO ORDERED.**

Dated: May 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE