United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE WORKERS-WEST, et al.,

    Plaintiffs,

  v.

JOHN BORSOS, GAIL BUHLER, RALPH CORNEJO, JOAN EMSLIE, MARTI GARZA, GLENN GOLDSTEIN, EMILY GORDON, JASON JOHNSON, MARK KIPFER, GABE KRISTAL, MICHAEL KRIVOSH, PAUL KUMAR, LAURA KURRE, BARBARA LEWIS, DANIEL MARTIN, FREJA NELSON, ANDREW REID, JORGE RODRIGUEZ, SAL ROSSELLI, FRED SEAVEY, IAN SELDEN, PETER TAPPEINER, JOHN VELLARDITA, PHYLLIS WILLETT, AND NATIONAL UNION OF HEALTHCARE WORKERS,

    Defendants.

No. C 09-00404 WHA

**RULE 54(b) JUDGMENT AFTER BENCH TRIAL**

A bench trial was held on the issue of whether the Education Fund defendants — including defendants Sal Rosselli, John Borsos, Laura Kurre, Ralph Cornejo, Will Clayton and John Vellardita in their capacities as trustees or former trustees of the SEIU United Healthcare Workers-West and Joint Employer Education Fund and Mary Ruth Gross in her capacity as executive director of the Education Fund — breached any duty in adopting or implementing an amendment to the trust agreement governing the Education Fund. Pursuant to Rule 54(b) and

the accompanying findings of fact and conclusions of law, the Court finds that there is no just reason to delay entry of judgment on these Education Fund claims. Judgment is therefore now entered favor of plaintiffs and against the Education Fund defendants on the Education Fund claims. Judgment was previously entered pursuant to Rule 54(b) based on the jury verdict on all other claims except the Section 301 claim.

**IT IS SO ORDERED.**

Dated: May 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE