IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.
                                      /

No. C 09-00404 WHA

**ORDER DENYING MOTION TO EXTEND DEADLINE TO FILE OBJECTIONS TO BILLS OF COSTS**

      The parties have filed a stipulated motion to extend the filing dates for objections to the bills of costs filed on April 26, 2010. The parties have not shown good cause for such an extension. Moreover, they should not have waited until May 10, 2010 — the due date for the objections — before seeking an extension. The motion is therefore **DENIED**.

      **IT IS SO ORDERED.**

Dated: May 11, 2010.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE