United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

       Plaintiffs,

  v.

SAL ROSELLI, et al.,

       Defendants.
                           /

No. C 09-00404 WHA

**ORDER DENYING MOTION TO
EXTEND DEADLINE TO FILE
MOTIONS FOR ATTORNEY'S
FEES AND COSTS**

     The parties have filed a stipulated motion to extend the filing dates for motions for

attorney's fees and costs in this matter from May 24, 2010, to June 14, 2010.  The parties have

not shown good cause for such an extension.  The motion is therefore **DENIED**.

     **IT IS SO ORDERED.**

Dated:  May 20, 2010.

                                     
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE