IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**FURTHER ORDER SETTING BRIEFING SCHEDULE FOR ATTORNEY'S FEES**

An order on May 20, 2010 (Dkt. No. 665), denied the parties' motion to extend the filing dates for motions for attorney's fees and costs in this matter from May 24, 2010, to June 14, 2010. That order is hereby **VACATED** and the briefing schedule for motions for attorney's fees modified as follows. The briefing with respect to the Section 301 injunction issue has not yet been completed. No later than **SEVEN DAYS** after the order deciding the Section 301 injunction issue, each side may submit a single motion for attorney's fees of no more than 25 pages. These motions should be limited to the issue of entitlement to attorney's fees, not the amount of fees sought, and should address the entire case. The motions for entitlement to attorney's fees shall be heard on a normal 35-day calendar. If it is subsequently determined that any side is entitled to

attorney's fees, a schedule shall be set for further briefing regarding the amount of fees due. The previously existing schedule for briefing on entitlement to costs is unmodified by this order.

**IT IS SO ORDERED.**

Dated: May 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE