McCARTHY, JOHNSON & MILLER
   Law Corporation
DIANE SIDD-CHAMPION (SBN 78140)
RAPHAEL SHANNON (SBN 83850)
ANA PEREZ HALLMON (SBN 253309)
ROBERT I. LOCKWOOD (SBN 259870)
595 Market Street, Suite 2200
San Francisco, CA 94105
Telephone: (415) 882-2992
Facsimile: (415) 882-2999
E-mail: dsidd-champion@mjmlaw.us

Attorneys for Defendants SAL ROSSELLI, JOHN BORSOS, LAURA KURRE, RALPH CORNEJO, WILL CLAYTON, and JOHN VELLARDITA in their capacities as Trustees or former Trustees of the SEIU United Healthcare Workers-West and Joint Employer Education Fund, and MARY RUTH GROSS in her capacity as Executive Director of the SEIU United Healthcare Workers-West and Joint Employer Education Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al.<br><br>             Plaintiffs,<br><br>   v.<br><br>SAL ROSSELLI, et al.<br><br>             Defendants. | Case No. C 09-0404 WHA (MEJ)<br><br>[PROPOSED] ORDER DISMISSING CLAIM AGAINST EDUCATION FUND DEFENDANTS |

The Court hereby dismisses the claim that the Education Fund Defendants misused Fund resources, as alleged in Paragraphs 95 and 139 of the Second Amended Complaint.

IT IS SO ORDERED.

Dated:    June 14, 2010.
                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*