1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

       Plaintiffs,

  v.

SAL ROSSELLI, et al.,

       Defendants.

                   /

No. C 09-00404 WHA

**JUDGMENT RE SECTION 301 CLAIM**

To the extent set forth in the permanent injunction, **JUDGMENT** is **ENTERED** in favor of

plaintiffs and against defendants John Borsos, Ralph Cornejo, Marti Garza, Glenn Goldstein,

Emily Gordon, Jason Johnson, Mark Kipfer, Gabe Kristal, Barbara Lewis, Daniel Martin, Jorge

Rodriguez, Sal Rosselli, Fred Seavey, Peter Tappeiner, John Vellardita, and Phyllis Willett.

      **IT IS SO ORDERED.**

Dated:  June 24, 2010.

                                    _____

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE