| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |    Law Corporation |
| 2 | DIANE SIDD-CHAMPION (SBN 78140) |
|   | RAPHAEL SHANNON (SBN 83850) |
| 3 | ANA PEREZ HALLMON (SBN 253309) |
|   | 595 Market Street, Suite 2200 |
| 4 | San Francisco, CA  94105 |
|   | Telephone:  (415) 882-2992 |
| 5 | Facsimile: (415) 882-2999 |
|   | E-mail:  dsidd-champion@mjmlaw.us |
| 6 | |
|   | Attorneys for Defendants |
| 7 |   SAL ROSSELLI,  JOHN BORSOS, LAURA KURRE, |
|   |   RALPH CORNEJO, WILL CLAYTON, and |
| 8 |   JOHN VELLARDITA in their capacities as Trustees or |
|   |   former Trustees of the SEIU United Healthcare Workers-West |
| 9 |   and Joint Employer Education Fund, and MARY RUTH GROSS |
|   |   in her capacity as Executive Director of the SEIU United Healthcare |
| 10 |   Workers-West and Joint Employer Education Fund |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al. | ) ) ) | Case No. C 09-0404 WHA (MEJ) |
| | ) | [~~PROPOSED~~] |
|                      Plaintiffs, | ) | **JUDGMENT DISMISSING CLAIM** |
| | ) | **FOR ALLEGED MISUSE OF** |
|     v. | ) | **EDUCATION FUND RESOURCES** |
| | ) | |
| SAL ROSSELLI, et al. | ) | |
| | ) | |
|                      Defendants. | ) | |
| _____ | ) | |

1  Judgment is hereby entered in favor of Sal Rosselli, John Borsos, Laura Kurre, Ralph Cornejo,
2  Will Clayton, John Vellardita and Mary Ruth Gross ("Education Fund Defendants") and against
3  Plaintiffs Service Employees International Union, David Regan, Eliseo Medina, and Rebecca Collins
4  on the claim that the Education Fund Defendants misused resources of the SEIU United Healthcare
5  Workers-West and Joint Employer Education Fund ("Education Fund") as alleged by Plaintiffs in
6  paragraphs 95 and 139 of the Second Amended Complaint.
7  IT IS SO ORDERED.

8  
9  Dated: _____July 6_____, 2010        _____
10                                               WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*