IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*,

    Plaintiffs,

v.

SAM ROSSELI, *et al.*,

    Defendants.

No. C 09-0404 WHA

**ORDER RE PENDING MOTIONS FOR ATTORNEY'S FEES AND POSSIBLE SETTLEMENT**

Cross-motions for attorney's fees will be heard this Thursday at 8 a.m., as scheduled. No oppositions have been filed by either party. Instead, a vague statement has been made that movants are close to settling this matter. This does not excuse the failure to file oppositions. Motions must remain on track and be decided unless and until they are withdrawn. At the hearing on Thursday, counsel must be prepared to address what consequences should flow from their mutual failure to address each other's motion.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE