**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

   Plaintiffs,

 v.

SAL ROSSELLI, et al.,

   Defendants.
                 /

No. C 09-00404 WHA

**ORDER DENYING MOTION TO RELATE CASES**

   Now pending is a motion to relate the above-entitled action to Case No. 10-03112 EMC. Civil Local Rule 3-12(a) states that actions are related when (1) the "actions concern substantially the same parties, property, transaction or event," and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different Judges."

   These actions do not involve the same parties or issues. In the present action, all defendants were officers or employees of a local union — the UHW — prior to the imposition of a trusteeship by the international union — the SEIU. The SEIU alleged that defendants — who left after the trusteeship was imposed to form a new, rival union called the NUHW — committed misconduct before they left UHW. By contrast, the new action involves a challenge by several individuals affiliated with the NUHW to the validity of the trusteeship itself. The present action expressly did *not* involve the validity of the trusteeship. Moreover, none of the individual plaintiffs affiliated with the new case were parties in the present action. Nor are the individual

defendants in the present action parties in the new action. For these reasons, the two matters are not related. The motion to relate cases is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: August 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2