IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL
UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER SETTING
HEARING REGARDING
DISCOVERY DISPUTE**

This order sets a meet-and-confer for **WEDNESDAY, SEPTEMBER 15 FROM 8:00–11:00 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse, concerning the discovery dispute outlined in plaintiffs' letter of August 24. At 11:00 a.m., the Court shall hear any remaining discovery issue(s). Please note that only those who personally attend the meet-and-confer in the Court's jury room may argue at the hearing.

Defendants' response is due by noon on September 6.

**IT IS SO ORDERED.**

Dated: August 30, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE