IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER REGARDING AMOUNT OF BOND REQUIRED TO STAY EXECUTION OF JUDGMENT PENDING APPEAL**

    Defendants seek to stay execution of judgment pending appeal by posting a bond pursuant to Federal Rule of Civil Procedure 62(d), which states, "If an appeal is taken, the appellant may obtain a stay by supersedeas bond . . . . The stay takes effect when the court approves the bond." A stay of execution shall be entered upon notification that each of the defendants have posted a supersedeas bond in the amount of 125 percent of the judgments against them. In posting a bond, defendants must comply with Civil Local Rule 65.1-1. An increase in the amount of the bond may be required to cover any additional amount awarded in costs, upon motion at that time.

    **IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE