1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, | CASE NO. 09-CV-0404 WHA (MEJ) |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAL ROSSELLI, *et al.*, | |
| Defendants. | |

1  Plaintiffs' Motion To File Documents Under Seal, having come before this Court for
2  consideration, is GRANTED.  It is hereby ORDERED that Plaintiffs' Request for Leave to File
3  Motion for Sanctions Pursuant to F.R.C.P. 37 and Request to Shorten Time, and the Declarations of
4  Leon Dayan and Robert Hauptman in Support shall be filed under seal.

6  IT IS SO ORDERED

8  Dated:  September 30, 2010.                         _____
                                                       William Alsup
9                                                      United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
Case No. 09-CV-0404 WHA (MEJ)                                                                    1