IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                                              /

No. C 09-00404 WHA

**ORDER GRANTING REQUEST FOR LEAVE TO FILE MOTION FOR SANCTIONS AND REQUESTING RESPONSE**

      Plaintiffs have submitted a precis requesting leave to file a motion for sanctions pursuant to Federal Rule of Civil Procedure 37, due to defendant National Union of Healthcare Workers' alleged failure to comply with an order concerning post-judgment discovery. Plaintiffs' request for leave to file their motion is **GRANTED**. Plaintiffs' further request that their precis be considered their brief in support of their motion for sanctions is **GRANTED**. Defendant NUHW is ordered to respond by **NOON ON SUNDAY, OCTOBER 3, 2010.**

      **IT IS SO ORDERED.**

Dated: October 1, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE