IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                               /

No. C 09-00404 WHA

**ORDER REGARDING DEFENDANT NUHW'S FILING OF OCTOBER 5**

In this dispute over post-judgment discovery, culminating in plaintiffs' motion for sanctions, defendant NUHW was ordered to file a statement under oath identifying the bank and account number of the Siegel & Yee account listed in its general ledger, verifying that there are no documents concerning the Siegel & Yee account, and stating what happened to the $265,000 withdrawn from the Mechanics Bank account on September 9. The deadline was October 5, 2010, at 5:00 p.m. Defendant filed a response, but it was not under oath, because "[c]ounsel has been unable to locate an [sic] NUHW representative authorized to respond . . . during the time allotted." Defendant is granted leave to file the requested statement under oath anytime through October 20, 2010, the date of the hearing on the motion for sanctions, but in addition to the other topics to be addressed, it must address why it was not sworn to before the deadline of October 5.

Whether one is filed or not (in addition, of course, to its content), as well as the timing of any such filing, will be considered in the context of plaintiffs' motion for sanctions.

**IT IS SO ORDERED.**

Dated: October 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE