IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                             /

No. C 09-00404 WHA

**ORDER STAYING EXECUTION OF JUDGMENT AS TO DEFENDANT NUHW PENDING APPEAL**

Defendant National Union of Healthcare Workers posted a bond with the Clerk of Court in the amount of $892,829.08. NUHW states that this amount represents the amount of judgment against NUHW ($724,000) less the amount already levied in satisfaction of the judgment ($9,736.73), leaving a balance of $714, 263.27. The amount posted is 125 percent of the balance, as required by prior orders. NUHW seeks approval of this deposit as a supersedeas bond, pursuant to which execution of judgment can be stayed pending appeal.

Plaintiffs were granted leave to file any objection they might have to this form of a bond for defendant NUHW. They have not filed any objections. This order therefore approves the bond, and execution is stayed as to defendant NUHW pending appeal.

    **IT IS SO ORDERED.**

Dated: October 18, 2010.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE