1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, *et al.*, | CASE NO. 09-CV-0404 WHA (MEJ) |
| Plaintiffs, | [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| SAL ROSSELLI, *et al.*, | |
| Defendants. | |

1     Plaintiffs' Motion To File Documents Under Seal, having come before this Court for
2 consideration, is GRANTED. It is hereby ORDERED that Plaintiffs' Memorandum of Points and
3 Authorities in Support of Motion for Sanctions, the Second Declaration of Robert Hauptman in
4 Support, and the Proposed Order Granting Motion for Sanctions.shall be filed under seal.
5     IT IS SO ORDERED.
6 Dated: October 18, 2010.

                                                William Alsup
                                                United States District Judge