IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                                 /

No. C 09-00404 WHA

**ORDER DENYING DEFENDANT RALPH CORNEJO'S SUPERSEDEAS BOND APPLICATION**

     For the reasons stated in the orders filed as Dkt. Nos. 811 and 815, the supersedeas bond application of defendant Ralph Cornejo is **DENIED**. Once more, the individual defendants must post their money with the Clerk before approval of their supersedeas bond.

     **IT IS SO ORDERED.**

Dated: October 22, 2010.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE