| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] RECORDING REQUEST BY AND RETURN TO:<br>Altshuler Berzon LLP<br>Jeffrey B. Demain (SBN 126715); Jonathan Weissglass (SBN 185008)<br>177 Post Street, Suite 300, San Francisco, CA 94108<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | | **FILED**<br>2010 NOV 15 A 11: 39<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STREET ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME: U.S. District Court, Northern District of California

PLAINTIFF: SERVICE EMPLOYEES INTERNATIONAL UNION, et al.

DEFENDANT: SAL ROSSELLI, et al.

| WRIT OF | [X] EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | [ ] POSSESSION OF   [ ] Personal Property | C 09-0404 WHA |
| | [ ] SALE   [ ] Real Property | FOR COURT USE ONLY |

1. To the Sheriff or any Marshal or Constable of the County of: Los Angeles

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. To any registered process server: You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* See attachment 20

   is the  [X] judgment creditor   [ ] assignee of record
   whose address is shown on this form above the court's name.

4. Judgment debtor (name and last known address):

   Barbara Lewis
   10913 Lindblade Street
   Culver City, CA 90230

9. [ ] See reverse for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.

11. Total judgment .............................................. $  66,600.00
12. Costs after judgment (per filed order or memo CCP 685.090) ....................................... $
13. Subtotal *(add 11 and 12)* .............................. $  66,600.00
14. Credits ........................................................... $
15. Subtotal *(subtract 14 from 13)* ...................... $  66,600.00
16. Interest after judgment (per filed affidavit CCP 685.050) ............................................. $  186.10
17. Fee for issuance of writ ................................. $
18. Total *(add 15, 16, and 17)* ............................. $  66,786.10
19. Levying officer: Add daily interest from date of writ *(at the legal rate on 15)* of ................... $  0.86

[X] additional judgment debtors on reverse

5. Judgment entered on *(date):* April 12, 2010
6. [ ] Judgment renewed on *(dates):*

7. Notice of sale under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see reverse).*
8. [ ] Joint debtor information on reverse.

20. [X] The amounts called for in items 11-19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

**RICHARD W. WIEKING**

(SEAL)   Issued on *(date):* NOV 15 2010    Clerk, by _____, Deputy

- NOTICE TO PERSON SERVED: SEE REVERSE FOR IMPORTANT INFORMATION -

(Continued on reverse)

WRIT OF EXECUTION
CCP 699.520, 712.010, 715.010
EJ-130REV 1/89

| SHORT TITLE: | CASE NUMBER |
|---|---|
| SEIU, et al. v. Sal Rosselli, et al. | C 09-0404 WHA |

CONTINUED FROM FRONT:
[X] Additional judgment debtor (name and last known address):

See attachment 20

[ ] Notice of sale has been requested by (name and address):

[ ] Joint debtor was declared bound by the judgment (CCP 989-994)
a on (date):
b name and address of joint debtor

a. on (date):
b. name and address of joint debtor

c. [ ] additional costs against certain joint debtor: (itemize):

[ ] Judgment was entered for the following:
a. [ ] Possession of personal property
   [ ] If delivery cannot be had, then for the value (itemize in 9e) specified in the judgment or supplemental order.
b. [ ] Possession of real property
c. [ ] Sale of personal property
d. [ ] Sale of real property
e  Description of property

- NOTICE TO PERSON SERVED -

Writ of execution or sale.   Your rights and duties are indicated on the accompanying Notice of Levy.

Writ of possession of personal property.   If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

Writ of possession of real property.   If the premises are not vacated within five days after the date of service on an occupant or, if service is by posting, within five days after service on you, the levying officer will place the judgment creditor in possession of the property. Personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

MC-025

| SHORT TITLE: Service Employees International Union, et al. v. Sal Rosselli, et al. | CASE NUMBER: C 09-00404 WHA |

**ATTACHMENT (Number): 20**
(This Attachment may be used with any Judicial Council form.)

<u>Service Employees International Union and SEIU United Healthcare Workers-West v. John Borsos, Gail Buhler, Ralph Cornejo, Joan Emslie, Marti Garza, Glenn Goldstein, Emily Gordon, Jason Johnson, Mark Kipfer, Gabel Kristal, Michael Krivosh, Paul Kumar, Laura Kurre, Barbara Lewis, Daniel Martin, Freja Nelson, Andrew Reid, Jorge Rodriguez, Sal Rosselli, Fred Seavey, Ian Selden, Peter Tappeiner, John Vellardita, Phyllis Willett, and National Union of Healthcare Workers</u>

UNITED STATES DISTRICT COURT - NORTHERN
CASE NO. C 09-00404 WHA

3.  SERVICE EMPLOYEES INTERNATIONAL UNION and SEIU UNITED HEALTHCARE WORKERS - WEST

560 Thomas L. Berkley Way
Oakland, CA   94612

4.  Judgment Debtors (Name, Address and Total Judgment)

John Borsos
916 Vallejo Way
Sacramento, CA   95818
Total Judgment:   $66,600

Ralph Cornejo
22738 Rancho Palomares Place
Castro Valley, CA   94552
Total Judgment:   $36,600

Marti Garza
500 Laurel Lane
West Sacramento, CA   95691
Total Judgment:   $36,600

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 3
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT to Judicial Council Form**



MC-025

| SHORT TITLE: Service Employees International Union, et al. v. Sal Rosselli, et al. | CASE NUMBER: C 09-00404 WHA |
|---|---|

**ATTACHMENT (Number): 20**
*(This Attachment may be used with any Judicial Council form.)*

4. Judgment Debtors (Name, Address and Total Judgment)


Glenn Goldstein
909 Creston Road
Berkeley, CA  94708
Total Judgment:  $73,850


Emily Gordon
387 Orange Street, #1
Oakland, CA  94610
Total Judgment:  $31,400


Jason Johnson
13212 Sherman Way, Apt. C27
North Hollywood, CA  91605
Total Judgment:  $36,600


Mark Kipfer
1229 Burnett Street
Berkeley, CA  94702
Total Judgment:  $40,600


Gabe Kristal
166 Athol Avenue, Apt. 401
Oakland, CA  94606
Total Judgment:  $73,850


Barbara Lewis
10913 Lindblade Street
Culver City, CA  90230
Total Judgment:  $66,600


*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2 of 3
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**


Legal Solutions Plus

MC-025

| SHORT TITLE: Service Employees International Union, et al. v. Sal Rosselli, et al. | CASE NUMBER: C 09-00404 WHA |
|---|---|

ATTACHMENT (Number): 20

(This Attachment may be used with any Judicial Council form.)

Daniel Martin
754 Lakeshore Court
Fairfield, CA  94534
Total Judgment:  $66,600

Jorge Rodriguez
1828 Grasscreek Drive
San Dimas, CA  91773
Total Judgment:  $36,600

Sal Rosselli
1546 Wayland Street
San Francisco, CA  94134
Total Judgment:  $70,600

Fred Seavey
3370 26th Street
San Francisco, CA  94110
Total Judgment:  $36,600

Peter Tappeiner
1215A York Street
San Francisco, CA  94110
Total Judgment:  $36,600

John Vellardita
121 Embarcardero #2226
Oakland, CA  94607
Total Judgment:  $77,850

Phyllis Willett
1216 Delaware Street
Berkeley, CA  94702
Total Judgment:  $66,600

National Union of Healthcare Workers
5801 Christie Ave.  Ste. 525
Emeryville, CA  94608
Total Judgment:  $724,000

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 3 of 3
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

Legal
Solutions
Plus