DAN SIEGEL, SBN 56400
JOSE LUIS FUENTES, SBN 192236
DEAN ROYER, SBN 233292
PETER HABERFELD, SBN 041723
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Defendants
SAL ROSSELLI, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,

    Plaintiffs,

vs.

SAL ROSSELLI, et al.,

    Defendants.

Case No. 09-CV-0404 WHA

**SUPERSEDEAS BOND POSTED BY DEFENDANT GLENN GOLDSTEIN**

Hon. William H. Alsup

    A judgment was entered in the above-captioned case in the United States District Court for the Northern District of California on April 12, 2010, against appellant Glenn R. Goldstein in favor of appellee Service Employees International Union-United Healthcare Workers-West (UHW) in the amount of $73,850. UHW has levied $875.23 in partial satisfaction of the judgment, leaving $72,974.77 as the amount outstanding on the judgment.

    Glenn R. Goldstein has filed a timely notice of appeal of the judgment to the United States Court of Appeals for the Ninth Circuit and desires to suspend enforcement of the judgment pending determination of the appeal.

1    Glenn R. Goldstein undertakes and promises to pay to UHW all damages, costs, and
2 interest that may be awarded to it following the appeal of this matter up to the sum of $91,218.46
3 if

    a. the judgment so appealed is affirmed;

    b. the appeal is dismissed; or.

    c. Glenn R. Goldstein fails to promptly pay to UHW all sums awarded against him, in or following the appeal in this action, including any costs that the court of appeal may award if the judgment is modified.

If Glenn R. Goldstein fulfills the obligations on appeal set forth above, then this obligation will become void. Otherwise this obligation will remain in full force and effect.

Glenn R. Goldstein hereby satisfies the requirement of Local Rule 65.1-1 of the United States District Court for the Northern District of California, and the Court's orders by:

    (1) Depositing 50 percent ($45,609.23) of the required bond in cash with the Clerk of the Court; and

    (2) Pledging real property in California not exempt from execution, the value of which is more than sufficient to satisfy the remaining 50 percent of the bond.

Glenn R. Goldstein declares as follows:

    (1) The address of the property that I own that I am pledging as security for this bond to secure payment of the judgment is 909 Creston Road, Berkeley, California 94708.

    (2) I am the owner of said property and have the authority to pledge said property as security.

    (3) The fair market value of the property is $800,000.

    (4) The outstanding balance of all loans secured by the property is $254.042.31.

    (5) The names and addresses of all lenders of all loans secured by said property is: Chase, PO BOX 78420, Phoenix, AZ 85062-8420.

    (6) All liens, charges, and other encumbrances on the property are: none.

      (7) I hereby promise not to alienate, encumber or impair the value of the property until the bond is discharged without leave of Court.

      (8) I hereby waive any homestead exemption pertaining to the property.

      (9) I hereby promise to record this bond and the judgment against me with the Alameda County Recorder promptly upon its approval by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 18, 2010, at Oakland, California.

                                            Glenn R. Goldstein

Execution of judgment is hereby stayed as to defendant Glenn Goldstein pending appeal.

Dated: November 18, 2010



Judge William Alsup

---

Service Employees International Union v. Rosselli, No. C 09-00404 WHA
Supersedeas Bond - 3