IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                                      /

No. C 09-00404 WHA

**ORDER DENYING DEFENDANT JORGE RODRIGUEZ'S SUPERSEDEAS BOND APPLICATION**

     As stated repeatedly, the individual defendants must post their money with the Clerk before approval of their supersedeas bond applications. Accordingly, the supersedeas bond application of defendant Jorge Rodriguez is **DENIED**.

     **IT IS SO ORDERED.**

Dated: November 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE