UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>SAL ROSSELLI, et al.,<br><br>        Defendants. | Case No. 09-CV-0404 WHA<br><br>**SUPERSEDEAS BOND POSTED BY DEFENDANT SAL ROSSELLI**<br><br>Hon. William H. Alsup |

    A judgment was entered in the above-captioned case in the United States District Court for the Northern District of California on April 12, 2010, against appellant Sal Rosselli in favor of appellee Service Employees International Union in the amount of $70,600.

    Sal Rosselli has filed a timely notice of appeal of the judgment to the United States Court of Appeals for the Ninth Circuit and desires to suspend enforcement of the judgment pending determination of the appeal.

    Sal Rosselli undertakes and promises to pay to SEIU all damages, costs, and interest that may be awarded to it following the appeal of this matter up to the sum of $88,250 if

a. the judgment so appealed is affirmed;

b. the appeal is dismissed; or.

c. Sal Rosselli fails to promptly pay to SEIU all sums awarded against him, in or following the appeal in this action, including any costs that the court of appeal may award if the judgment is modified.

If Sal Rosselli fulfills the obligations on appeal set forth above, then this obligation will become void. Otherwise this obligation will remain in full force and effect.

Sal Rosselli hereby satisfies the requirement of Local Rule 65.1-1 of the United States District Court for the Northern District of California, and the Court's orders by:

(1) Depositing 50 percent ($44,125) of the required bond in cash with the Clerk of the Court; and

(2) Pledging real property in California not exempt from execution, the value of which is more than sufficient to satisfy the remaining 50 percent of the bond.

Sal Rosselli declares as follows:

(1) The address of the property that I own that I am pledging as security for this bond to secure payment of the judgment is 1546 Wayland Street, San Francisco, California 94134.

(2) I am the owner of said property and have the authority to pledge said property as security.

(3) The fair market value of the property is $660,000.

(4) The outstanding balance of all loans secured by the property is $517,980.

(5) The names and addresses of all lenders of all loans secured by said property is/are: BAC Home Loans, P.O. Box 515503, Los Angeles, CA 90051.

(6) All liens, charges, and other encumbrances on the property are: none.

(7) I hereby promise not to alienate, encumber or impair the value of the property until the bond is discharged without leave of Court.

(8) I hereby waive any homestead exemption pertaining to the property.

(9) I hereby promise to record this bond and the judgment against me with the San Francisco County Recorder promptly upon its approval by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2010, at Oakland, California.

Sal Rosselli

Execution of judgment is hereby stayed as to defendant Sal Rosselli pending appeal.

Dated:   December 3, 2010.



Judge William Alsup