IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.
                                 /

No. C 09-00404 WHA

**ORDER DENYING IN PART DEFENDANTS' REQUEST TO STAY JUDGMENT PENDING APPEAL AS TO CERTAIN DEFENDANTS**

      For reasons stated repeatedly, the request to stay execution of judgment as to defendants Jorge Rodriguez, Fred Seavey, and Mark Kipfer is **DENIED** (*see* Dkt. Nos. 811, 815, 829, 851).

      **IT IS SO ORDERED.**

Dated: December 3, 2010.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE