IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SAL ROSSELLI, et al.,<br><br>  Defendants. | No. C 09-00404 WHA<br><br>**ORDER RE STIPULATION ON PAYMENT OF JUDGMENTS** |

The undersigned is in receipt of Attorney Leon Dayan and Attorney Dan Siegel's stipulation concerning the payment of judgments by certain defendants in this action (Dkt. No. 886). The Court will postpone signing this stipulation until *all* parties to this action sign the stipulation, or until a memorandum is provided that excuses such signature as a matter of law.

**IT IS SO ORDERED.**

Dated: January 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE