IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES
INTERNATIONAL UNION, et al.,

    Plaintiffs,

  v.

SAL ROSSELLI, et al.,

    Defendants.

No. C 09-00404 WHA

**ORDER TO SHOW CAUSE**

    This is an order for all parties to show cause as to why the stipulation filed on December 31, 2013 (Dkt. No. 886) should not be approved. Any objection to this stipulation must be received by **5 PM ON JANUARY 27, 2014**. Counsel must serve this order to show cause immediately on all parties, using first-class mail. If no timely objection to the stipulation is received, the Court will approve of the stipulation within two weeks after January 27, 2014, assuming that counsel have served all parties as instructed above.

    **IT IS SO ORDERED.**

Dated: January 15, 2014.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE